IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ANDREW McKEVITZ,

    Plaintiff,

v.

SILVER CITY RESOURCES, INC.

    Defendant.

Civil Action No.
3:18-cv-00132-PLR-HBG

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO AMEND COMPLAINT AND FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that the Plaintiff should amend the Complaint heretofore filed by it against the Defendant SILVER CITY RESOURCES, INC., in lieu of the Defendant filing a Motion to Dismiss. Accordingly, the Plaintiff shall amend his complaint no later than thirty (30) days from the filing of this stipulation and the Defendant shall have twenty-one (21) days from the date of filing of the amended complaint to file an Answer or otherwise respond.

  Good cause exists for this extension as plaintiff's counsel is currently working on addressing the issues which would have otherwise been addressed in a hearing relating to a motion to dismiss, and defendant's counsel will require sufficient time to respond to the amended complaint. This document is being electronically filed through the Court's ECF System. In this regard, counsel for the Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign

the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted July 9, 2018.

s/Stephen H. Byrd
Stephen H. Byrd, Esq.
BPR #030014
BunkyBd@gmail.com
Attorney for Plaintiff
9051 Executive Park Drive, Suite 200
Knoxville, TN 37923

ATTORNEY FOR PLAINTIFF

s/James H. Snyder, Jr.
James H. Snyder, Jr., Esq.
Tennessee BPR# 013422
345 South Hall Road
Alcoa, Tennessee 37701
Email: snyder@lawpractice.net
Telephone: (865) 981-4966
Facsimile: (865) 981-4995

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2018, I filed the above Stipulation to Extend Time with the Clerk of the Court for the Eastern District of Tennessee by use of the CM/ECF system.

s/James H. Snyder, Jr .
James H. Snyder, Jr.