## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

ANDREW McKEVITZ,            )
                              )
     Plaintiff,            )
                              )
v.                       )    Case No. 3:18-cv-00132
                              )
SILVER CITY RESOURCES, INC.   )    JURY DEMAND
                              )
     Defendant.          )

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Andrew McKevitz, through counsel, to file this Motion for Summary Judgment, and states as follows:

1. This Honorable Court granted Defendant's attorney James Snyder's Motion to Withdraw as counsel [Doc. 18].

2. Defendant Silver City Resources, Inc. has not retained required new counsel in this matter nor even left a correct forwarding address for the Court [Doc. 19].

3. As such, it appears that Defendant does not plan on pursuing a defense of this case.

4. Therefore, Plaintiff requests a summary judgment in his favor based on all legal theories.

1

5. No affidavit is necessary as the basis of this Motion is facts already part of the court record.

PREMISES CONSIDERED, Plaintiff Andrew McKevitz requests that this Honorable Court:

6. Grant his Motion for Summary Judgment on all counts;

7. Award total damages of $21,000.00;

8. Award Pre-judgment and post-judgment interest; and,

9. Tax court costs and other litigation expensesto the Defendant.

Respectfully submitted this 18th day of April, 2020.

Stephen H. Byrd (BPR #030014)
9051 Executive Park Drive, Suite 200
Knoxville, TN 37923
865-250-1968
BunkyByrd@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been properly served via CM/ECF system, U.S. Mail, postage prepaid, e-mail, or hand delivered upon the following:

Registered Agent, Terri L. Montheith
6370 W. Flamingo Road
Suite 5M

Las Vegas, Nevada 89103

Registered Agent, Terri L. Montheith
2950 S. Rancho Drive
Suite 204
Las Vegas, Nevada 89102


This the 18th day of April, 2020.


_Stephen H. Byrd_
Stephen H. Byrd

3