# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ANDREW McKEVITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00132 |
| ) | |
| SILVER CITY RESOURCES, INC. ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITNESS LIST

COMES NOW, Andrew McKevitz, through counsel, to file this Pretrial Disclosure pursuant to Federal Rules of Civil Procedure 26(a)(3), and states as follows:

1. Witnesses:

    a. Plaintiff Andrew McKevitz; and,

    b. Representative of AT&T.

Respectfully submitted this 16th day of August, 2020.

_____
Stephen H. Byrd (BPR #030014)
9051 Executive Park Drive, Suite 200
Knoxville, TN 37923
865-250-1968
BunkyByrd@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

1

The undersigned hereby certifies that a true and exact copy of the foregoing has been properly served via CM/ECF system, U.S. Mail, postage prepaid, e-mail, or hand delivered upon the following:

Registered Agent, Terri L. Montheith
6370 W. Flamingo Road
Suite 5M
Las Vegas, Nevada 89103

Registered Agent, Terri L. Montheith
2950 S. Rancho Drive
Suite 204
Las Vegas, Nevada 89102

This the 16th day of August, 2020.

_____
Stephen H. Byrd

2

Case 3:18-cv-00132-PLR-HBG   Document 22   Filed 08/18/20   Page 2 of 2   PageID #: 107