IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANDREW McKEVITZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:18-cv-00132 |
| SILVER CITY RESOURCES, INC. | ) JURY DEMAND |
| Defendant. | ) |

**PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**

COMES NOW, Andrew McKevitz, through counsel, to file this Pretrial Disclosure pursuant to Federal Rules of Civil Procedure 26(a)(3), and states as follows:

1. Witnesses:
   a. Plaintiff Andrew McKevitz; and,
   b. Representative of AT&T.

2. Evidence:
   a. AT&T telephone records;
   b. Recorded conversations with Defendant; and,
   c. Do Not Call Lists for Plaintiff's telephone number.

Respectfully submitted this 16th day of August, 2020.

Stephen H. Byrd (BPR #030014)

1

9051 Executive Park Drive, Suite 200
Knoxville, TN 37923
865-250-1968
BunkyByrd@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been properly served via CM/ECF system, U.S. Mail, postage prepaid, e-mail, or hand delivered upon the following:

Registered Agent, Terri L. Montheith
6370 W. Flamingo Road
Suite 5M
Las Vegas, Nevada 89103

Registered Agent, Terri L. Montheith
2950 S. Rancho Drive
Suite 204
Las Vegas, Nevada 89102

This the 16th day of August, 2020.

_____
Stephen H. Byrd