UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ANDREW McKEVITZ, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-00132 |
| | ) | |
| SILVER CITY RESOURCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Trial in this matter is currently scheduled for September 15, 2020. Though the Court earnestly wishes to expediently shepherd this case to its conclusion, the circumstances created by the COVID-19 pandemic have made it impossible to proceed to trial as scheduled. As a primary matter, the growing backlog of criminal matters created by the COVID-19 pandemic must take scheduling priority over civil matters due to the constitutional and statutory rights of criminal defendants. Second, the Court's plans for providing for the safety of jurors, witnesses, parties, counsel, and courthouse staff are yet untested. The Court does not wish to risk the health and well-being of the many individuals involved in the trial process by rushing into a trial at this time.

Consequently, trial in this matter is **CONTINUED**, and the Court will contact counsel to reschedule. Any unexpired pretrial deadlines are adjusted to correspond to the new trial date.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**