IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANDREW McKEVITZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:18-cv-00132 |
| SILVER CITY RESOURCES, INC. | ) JURY DEMAND |
| Defendant. | ) |

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW, Andrew McKevitz, through counsel, to file this Response to Show Cause Order (Doc 27), and states as follows:

1. Plaintiff's counsel, Stephen H. Byrd, apologizes for not attaching an Affidavit or other needed evidence supporting the Motion for Summary Judgment. He was incorrectly believed that the Defendant's lack of filing a response to the allegations in the Complaint was sufficient to support the Motion for Summary Judgment.

2. Plaintiff requests that additional time be provided by this Honorable Court in order to supplement the Motion of Summary Judgment with an Affidavit and other good and necessary proof to support the Motion for Summary Judgment.

1

PREMISES CONSIDERED, Plaintiff Andrew McKevitz requests that this Honorable Court:

3. Grant additional time to supplement the Motion for Summary Judgment.

Respectfully submitted this 3rd day of December, 2020.

_____
Stephen H. Byrd (BPR #030014)
9051 Executive Park Drive, Suite 200
Knoxville, TN 37923
865-250-1968
BunkyByrd@gmail.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing has been properly served via CM/ECF system, U.S. Mail, postage prepaid, e-mail, or hand delivered upon the following:

Registered Agent, Terri L. Montheith
6370 W. Flamingo Road
Suite 5M
Las Vegas, Nevada 89103

Registered Agent, Terri L. Montheith
2950 S. Rancho Drive
Suite 204
Las Vegas, Nevada 89102

This the 3rd day of December, 2020.

_____
Stephen H. Byrd

2