UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

ANDREW McKEVITZ,           )
                           )
        *Plaintiff,*        )
                           )        No. 3:18-CV-132
v.                         )
                           )        Judge Collier
SILVER CITY RESOURCES, INC.,  )     Magistrate Judge Guyton
                           )
        *Defendant.*        )

**O R D E R**

Before the Court is Plaintiff's response to the Show Cause Order. (Doc. 28.) Plaintiff represents that he was unaware an unopposed summary judgment motion needed to be supported by accompanying evidence when the defendant is an unrepresented corporate entity. (*Id.*) Plaintiff represents that his motion for summary judgment (Doc. 20) was insufficient because it was not supported by evidence, and he requests an extension to include such information. (Doc. 28.)

Plaintiff's request for an extension (*id.*) is **GRANTED**. Plaintiff **SHALL SUBMIT** accompanying evidence to support his motion for summary judgment on or before **December 18, 2020**.

**SO ORDERED.**

**ENTER:**

**/s/** _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**