FILED

JAN 14 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Silver City Resources Inc.
c/o Registered Agent Terri L. Montheith
6370 W. Flamingo Road, Suite 5M
Las Vegas, Nevada 89103

|   |   |
|---|---|
| IN RE: CASE REASSIGNMENTS | ) ) ) ) ) ) ) ) ) ) |

## ORDER

Pursuant to 28 U.S.C. § 137, the following civil actions are hereby **REASSIGNED** to the Honorable Charles E. Atchley, Jr., United States District Judge:

| Case No. | Case Name |
|---|---|
| 1:16-cv-19 | Ayers v. Guy et al |
| 1:18-cv-40 | Nan Hanks & Associates, Inc. v. The Original Footwear Company, Inc. |
| 1:18-cv-81 | Cordell v. City of Dunlap |
| 1:18-cv-193 | Teasley v. CSX Transportation, Inc. et al |
| 1:18-cv-225 | Moser v. Etowah Police Department et al |
| 1:18-cv-294 | Wilson v. Summit Tree Stands, Inc. |
| 1:19-cv-24 | City of Taylor General Employees Retirement System v. Astec Industries, Inc. et al |
| 1:19-cv-49 | Baldschun v. CABB North America, Inc. et al |
| 1:19-cv-60 | Richard Tabizon v. Covenant Transport, Inc. |
| 1:19-cv-108 | Yates v. Community Options, Inc. |
| 1:19-cv-120 | Hixon v. Tennessee Valley Authority Board of Directors |
| 1:19-cv-162 | Casto v. Unum Life Insurance Company of America et al |
| 1:19-cv-217 | Gray et al v. City of Chattanooga et al |
| 1:19-cv-232 | Post et al v. Hampton et al |
| 1:19-cv-279 | Shuford v. Johnson & Johnson et al |
| 1:19-cv-303 | Moise v. Covenant Transport, Inc. |
| 1:19-cv-345 | Strickland v. Wal-Mart Stores East, LP, |
| 1:19-cv-347 | Palmer v. Resolute FP US Inc. |

| | |
|---|---|
| 2:20-cv-143 | Klinge v. Leatherwood |
| 2:20-cv-154 | Figueroa et al v. Life Foundations, Inc. |
| 2:20-cv-158 | Burris et al v. Charter Foods, Inc. et al |
| 2:20-cv-159 | Davis et al v. Charter Foods, Inc. et al |
| 2:20-cv-174 | Eleam v. Equifax Information Services, LLC et al |
| 2:20-cv-193 | Nowlin v. Lowe's Home Centers, LLC |
| 2:20-cv-207 | Interstate Southern Packaging, LLC v. Korman et al |
| 2:20-cv-216 | Woolum et al v. Hassani et al |
| 2:20-cv-223 | Ellis et al v. Ethicon, Inc. et al |
| 2:20-cv-225 | Stewart v. Jefferson County et al |
| 2:20-cv-234 | Wampler v. Sam's East Inc. |
| 2:20-cv-251 | Jackson v. Williams et al |
| 3:14-cv-132 | EmeraChem Holdings, LLC v. Volkswagen Group of America, Inc et al |
| 3:16-cv-122 | Jordan v. Blount County et al |
| 3:16-cv-377 | Colson v. City of Alcoa, Tennessee et al |
| 3:17-cv-100 | S.P. et al v. Knox County Board of Education et al |
| 3:17-cv-536 | Boatman v. Comcast of the South, L.P. |
| 3:18-cv-10 | CapitalPlus Equity, LLC v. The Espinosa Group, Inc. et al |
| 3:18-cv-132 | McKevitz v. Silver City Resources Inc. |
| 3:18-cv-307 | Ball v. Larsen-Ball |
| 3:18-cv-350 | Lexington Insurance Company v. American Homepatient, Inc. |
| 3:18-cv-463 | Russell v. Grubb & Associates et al |
| 3:18-cv-517 | Mayes v. Underwood et al |
| 3:18-cv-537 | Barnard v. Powell Valley Electric Cooperative |
| 3:19-cv-18 | Riddle v. Nyrstar Tennessee Mines-Strawberry Plains LLC |
| 3:19-cv-24 | Foster v. Hafner et al |
| 3:19-cv-50 | Miller v. Jefferson County, Tennessee et al |
| 3:19-cv-87 | Ogle v. Honeck et al |
| 3:19-cv-118 | Macisaac v. State Farm Fire and Casualty Company |
| 3:19-cv-161 | McAllister v. Leffler et al |
| 3:19-cv-168 | Dainiak v. Oak Ridge Associated Universities, Inc. |
| 3:19-cv-180 | Academy of Allergy & Asthma in Primary Care et al v. Amerigroup Tennessee Inc. et al |
| 3:19-cv-182 | Ellison v. Ellis et al |
| 3:19-cv-270 | Mize et al v. Lowe's Home Centers, LLC |
| 3:19-cv-289 | Nationwide Mutual Fire Insurance Company v. Ragone et al |
| 3:19-cv-295 | Harrison Construction Company, a Division of APAC-Atlantic, Inc. v. Pangea, Inc et al |
| 3:19-cv-330 | Mohanty et al v. Wiegand Sports, LLC et al |
| 3:19-cv-333 | Regal Cinemas, Inc. v. VIP Cinema, LLC |

| 3:20-cv-360 | Needham et al v. Union County Board of Education et al |
| --- | --- |
| 3:20-cv362 | Cooper v. Dolgencorp, LLC, et al |
| 3:20-cv-375 | Hayes v. Anderson Cnty, TN et al |
| 3:20-cv-380 | Shampine v. US Foods, Inc. |
| 3:20-cv-389 | Greeneville Federal Bank, FSB v. Simply Bank |
| 3:20-cv-393 | Klein et. al. v. Pronova Solutions, LLC, et. al. |
| 3:20-cv-397 | Hyde et al v. Rigdon et al |
| 3:20-cv-398 | Hacker et al v. Delorme Enterprises, Inc., et al |
| 3:20-cv-412 | Eaves v. Life Insurance Company of North America |
| 3:20-cv-418 | Hart et al v. Sientra, Inc. |
| 3:20-cv-428 | Williams v. America's Collectibles Network, Inc. |
| 3:20-cv-433 | Lundblad et al v. SharkNinja Operating LLC |
| 3:20-cv-441 | Vineyard v. Goodfella's Pizza, Inc. et al |
| 3:20-cv-455 | McKeehan v. First Horizon Bank |
| 3:20-cv-467 | Nelson v. The Carlstar Group, LLC |
| 3:20-cv-492 | Harshaw, III v. NAS Nalle Automation Systems, LLC |
| 3:20-cv-500 | Brackett v. MRS BPO, LLC |
| 3:20-cv-505 | Todd et al v. NIBCO Inc. |
| 3:20-cv-508 | Butler v. Oshkosh Corporation et al |
| 3:20-cv-515 | Franklin v. Rausch et al |
| 4:19-cv-7 | Savely v. Bedford County |
| 4:19-cv-42 | Keller v. Ruehling et al |
| 4:19-cv-58 | Lee v. Colwell |
| 4:20-cv-3 | Wooten v. Coleman et al |
| 4:20-cv-12 | Throneberry v. George |
| 4:20-cv-14 | Pryor et al v. Coffee County, TN et al |
| 4:20-cv-34 | Tennessee Riverkeeper, Inc. v. City of Manchester, TN |
| 4:20-cv-35 | Lewis v. Tullahoma Police Department et al |
| 4:20-cv-45 | Hensley v. Zimmer et al |
| 4:20-cv-46 | Macavey v. Ground Service, Inc. et al |

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

KNOXVILLE TN 377
4 JAN 2021 PM 1 L


neopost
01/04/2021
US POSTAGE

FIRST-CLASS MAIL
$00.50⁰

ZIP 37902
041L11218262

**RECEIVED**

JAN 1 4 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

NIXIE        891
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 3790223033      *1150-09659-04-39

37902>2303
89103-227999