# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

ANDREW McKEVITZ, )
)
    Plaintiff, )
)
v. ) Case No. 3:18-cv-00132
)
SILVER CITY RESOURCES, INC. ) JURY DEMAND
)
    Defendant. )

## AFFIDAVIT OF STEPHEN H. BYRD

1. I am 18 years old and of sound mind.

2. I am the attorney for Plaintiff Andrew McKevitz.

3. This Honorable Court determined that there was not genuine issue of material fact relating to the seven (7) calls received from Defendant [Doc. 33].

4. Defendant owes Plaintiff $500.00 per violation call, for a total of $3,500.00, in statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B).

5. And Defendant owes Plaintiff $500.00 per violation call, for a total of $3,500.00, in statutory damages pursuant to 47 U.S.C. § 227(c)(5)(B).

6. The total of both abovementioned violations is $7,000.00.

7. Defendant is neither a minor nor incompetent person.

Respectfully submitted this 24th day of March, 2021.

*[signature]*

Stephen H. Byrd (BPR #030014)
9051 Executive Park Drive, Suite 200
Knoxville, TN 37923
865-250-1968
BunkyByrd@gmail.com
*Attorney for Plaintiff*