EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JUN 14 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

RTS

3:18-cv-132
#45, 44

LAS VEGAS NV 890 IN 3/3
5 JUN 2021 PM 5 L

neopost
06/01/2021
US POSTAGE $00.51⁰
FIRST-CLASS MAIL
ZIP 37402
041L11218266

Silver City Resources Inc.
Terri L. Monteith - Registered Agent
2950 S. Rancho Drive
Suite 204
Las Vegas, N

FORWARD TIME EXP RTN TO SEND
SILVER CITY RESOURCES INC
7799 ELDORA AVE
LAS VEGAS NV 89117-2979

RETURN TO SENDER